To, Clerk

This is my Notice of Intent to file civil claim against Larimer County Sheriffs' Office,

'14 - CV - 03466

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 23 2014

JEFFREY P. COLWELL
CLERK

Justin K. Pohlmann
2405 Midpoint Drive
Fort Collins, CO 80525

X _____    X  12/21/14

# LARIMER COUNTY SHERIFF'S OFFICE
Jail
### Inmate Grievance/Appeal

Inmate  Mitchem                    James                Mitchoul
        (Last)                     (First)              (Middle)

Date  12/17/14            Pod  SB           Room  4

[✓] Grievance              [ ] Appeal

State Issue: I seen windwalker Deputy attack the pod workers by searching there cells, this makes me afraid to become a worker, because I will be targeted for minor things. I also heard her say to the trainee "did you use your Man voice or womens voice" this is sexist. Sh- Also stated that night, that she was a "F---ing, C---, A---, B-----" in front of the whole pod and she stated "she liked the guys and not men cause he is not women enough."

Suggested Solution: Sexual harrasment charges and mental evaluation and Reprimanded

Wittness: [signatures]
Justin [illegible]           [signatures]  Adam K[illegible]

Received by  [signature]                Date/time: 12/19/14

Routed to: [ ] Programs   [ ] Counseling   [ ] Medical   [ ] Administration   [ ] ASU
           [ ] Transportation             [ ] Booking   [ ] Other _____
Answer:            [ ] Approved           [ ] Denied (state reason below):

_____
_____
_____
_____

Answered by (staff name and title) _____

Printed Name _____    Officer # _____

Date/time _____

Original--Social File    Yellow--Inmate (response)    Pink-Security—Administrator    Gold – Kept by Inmate
LCSO/D-29A (06/10) (4 part)