**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03466-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

JUSTIN K. POHLMANN,

    Plaintiff,

v.

LARIMER COUNTY SHERIFF'S OFFICE,

    Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

    Plaintiff Justin K. Pohlmann currently is detained at the Larimer County Detention Facility in Fort Collins, Colorado. On December 23, 2014, Plaintiff submitted a Notice of Intent, ECF No. 1, to the Court stating that he intends to file a civil complaint. To the extent that Plaintiff intends to proceed with an action in this Court at this time the instant action has been opened. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action at this time. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)    __X__    is not submitted

(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) _X_ is missing authorization to calculate and disburse filing fee payments
(7) ___ is missing an original signature by the prisoner
(8) ___ is not on proper form
(9) ___ names in caption do not match names in caption of complaint, petition or habeas application
(10) _X_ other: Rather than proceed pursuant to 28 U.S.C. § 1915, Plaintiff may pay the $400 filing fee in full.

**Complaint, Petition or Application**:
(11) _X_ is not submitted
(12) ___ is not on proper form (Plaintiff may find the Court-approved forms at www.cod.uscourts.gov.)
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ names in caption do not match names in text
(17) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___ other:

Accordingly, it is

ORDERED that if Plaintiff desires to proceed with this action at this time he shall cure the deficiencies designated above **within thirty days** from the date of this Order. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain a Prisoner Complaint form and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form if desired (revised 10/1/12) (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. Plaintiff must use the Court-approved forms when curing the deficiencies. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED December 26, 2014, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge